No. 98–1302. Heidisch v. Ford Motor Co. C. A. 6th Cir. Certiorari denied. 

No. 98–1318. Lehman et vir v. United States. C. A. 9th Cir. Certiorari denied. 

No. 98–1344. Uniroyal Goodrich Tire Co. v. Martinez et ux., Individually and as Next Friends of Martinez et al. Sup. Ct. Tex. Certiorari denied. 

No. 98–1355. Moczygemba et al. v. United States. C. A. 5th Cir. Certiorari denied. 

No. 98–1363. Will & Grundy Building Trades Council et al. v. BE&K Construction Co. C. A. 7th Cir. Certiorari denied. 

No. 98–1371. Mederos et al. v. United States. C. A. 2d Cir. Certiorari denied. 

No. 98–1374. Hough et ux. v. Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. 

No. 98–1376. Tackett v. United States. C. A. 6th Cir. Certiorari denied.

No. 98–1378. Coe v. Cook County, Illinois. C. A. 7th Cir. Certiorari denied. 

No. 98–1384. Stanfa v. United States. C. A. 3d Cir. Certiorari denied. 

No. 98–1385. Okoli v. United States. C. A. 5th Cir. Certiorari denied. 

No. 98–1390. Levy-Cordero v. United States. C. A. 1st Cir. Certiorari denied. 

No. 98–7046. Pryor v. United States. C. A. 11th Cir. Certiorari denied. 

No. 98–7280. Wisehart v. Indiana. Sup. Ct. Ind. Certiorari denied.